IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CT-3152-FL

ANTWAN DANIELS,

Plaintiff,

v.

J. NICHOLS, et al.,

Defendants.

ORDER

Plaintiff, a state inmate, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter is before the court upon plaintiff's motions to compel discovery (DE # 33, 34, and 36). These matters are ripe for adjudication.

Plaintiff requests a court order compelling defendants to respond to his discovery requests. Defendants responded to plaintiff's motion to compel, stating that they have responded to plaintiff's interrogatories and requests for production of documents. Defendants also state that plaintiff's motion fails to comply with Federal Rule of Civil Procedure 37(a) and Local Rule 7.1(c) of the Local Rules of Practice and Procedure, which require that the movant certify that there has been a good faith effort to resolve discovery disputes prior to the filing of any discovery motions. Based upon the foregoing, plaintiff's motions to compel (DE #s 33, 34, and 36) are DENIED at this time.

SO ORDERED, this 29th day of June, 2010.

LOUISE W. FLANAGAN
Chief United States District Judge